SO ORDERED.

Dated: March 16, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03134

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Laree A. Coker,<br><br>Debtor.<br>_____<br>PNC Mortgage, a division of PNC Bank N.A.,<br><br>Movant,<br><br>vs.<br><br>Laree A. Coker, Debtor, Lawrence J. Warfield, Trustee,<br><br>Respondents. | No. 2:10-BK-00392-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 18, 2008 and recorded in the office of the Coconino County Recorder wherein PNC Mortgage, a division of PNC Bank N.A. is the current beneficiary and Laree A. Coker has an interest in, further described as:

PARCEL NO.1:
That part of the West half of the Southwest quarter of the Northwest quarter of Section 13,Township 23 North, Range 2 East of the Gila and Salt River Base and Meridian, Coconino County, Arizona;

ALSO KNOWN AS the West half of LOT 16, LAKE KAIBAB RANCHES, as shown on the Results of Survey recorded in Book 3 of Surveys, Pages 96 and 96A, records of Coconino County, Arizona, more particularly described as follows:

BEGINNING at the West quarter corner of said Section 13, Township 23 North, Range 2 East, which is also the Southwest corner of said Southwest quarter of the Northwest quarter of Section 13, which is also the Southwest corner of said Lot 16, LAKE KAIBAB RANCHES;

Thence North 01 0 27' 41" East (Record), North 010 28' 10" East (Measured), along the West line of said Southwest quarter of the Northwest quarter of Section 13, which is also the West line of said Lot 16, LAKE KAIBAB RANCHES, a distance of 662.87 feet (Measured);

Thence South 890 33' 39" East, a distance of 657.29 feet;

Thence South 010 26' 57" West, a distance of 662.56 feet to a point on the South line of said Southwest quarter of the Northwest quarter of Section 13, which is also the South line of said Lot 16, LAKE KAIBAB RANCHES;

Thence North 890 27' IS" West (Record), North 890 35' 13" West (Measured), along said South line of the Southwest quarter of the Northwest quarter of Section 13, which is also said South line oflot 16, LAKE KAIBAB RANCHES, a distance of 657.59 feet (Record), 657.53 feet (Measured), to the POINT OF BEGINNING.

EXCEPT an undivided IS/16th interest in, to and of all oil, gas and other minerals, whether similar or dissimilar, on, in or under land and granted in instrument recorded in Book 10 of Official Records, Page 296, and as conveyed as Docket 1135, Page 972, records of Coconino County, Arizona.

PARCEL NO.2:

A road easement and public utility easement described as follows:

That portion of the Southwest quarter of the Northwest quarter of Section 13, Township 23 North, Range 2 East ofthe Gila and Salt River Base and Meridian, Coconino County, Arizona;

ALSO KNOWN AS LOT 16, LAKE KAIBAB RANCHES, as shown on Results of Survey, recorded in Book 3 of Surveys, Pages 96 and 96A, records of Coconino County, Arizona, more particularly described as follows:

BEGINNING at the West quarter corner of said Section 13, which is also the Southwest corner of said Southwest quarter of the Northwest quarter of Section 13, which is also the Southwest corner of said Lot 16, LAKE KAIBAB RANCHES;

Thence South 89° 27' IS" East (Record), South 89° 35' 13" East (Measured), along the South line of said Southwest quarter of the Northwest quarter of Section 13, which is also the South line of said Lot 16, LAKE KAIBAB RANCHES, a distance of 627.53 feet to the TRUE POINT OF BEGINNING;

Thence North 01° 26' 57" East, a distance of 603.10 feet to a tangent point on a curve concave to the Northwest, whose radius bears North 88° 33' 03" West, a distance of 50.00 feet, having a radius of 50.00 feet and an interior angle of 36° 52' 13";

Thence Northwesterly along said curve, a distance of 32.18 feet to a tangent point on a curve concave to the Northeast, whose radius bears North 54° 34' 45" East, a distance of 50.00 feet, having a radius of 50.00 fcet and an interior angle of 253° 44' 22";

Thence Northwesterly, Northeasterly, Southeasterly aud Southwesterly along said curve, a distance of 221.43 feet to a tangent point on a curve concave to the Southeast, whose radius bears South 51° 40' 51" East, a distance of 50.00 feet, having a radius of 50.00 feet and an interior angle of 36° 52' 12";

Thence Southwesterly along said curve, a distance of 32.18 feet to a tangent point;
Thence South 01° 26' 57" West, a distance of 602.16 feet to a point on the South line of said Southwest quarter of the Northwest quarter of Section 13, which is also the South line of said Lot 16, LAKE KAIBAB RANCHES;

Thence North 89° 27' IS" West (Record), North 89° 19' 15" West (Measured), along said South line of the Southwest quarter of the Northwest quarter of Section 13, which is also said South line of Lot 16, LAKE KAIBAB RANCHES, a distance of 30.00 feet;

Thence North 89° 27' 15" West (Record), North 89° 35' 13" West (Measured), along said South line of the Southwest quarter of the Northwest quarter of Section 13, which is also said South line of Lot 16, LAKE KAIBAB RANCHES, a distance of 30.00 feet to the TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM any portion lying within Parcel No.1 described hereinabove.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.